UNITED STATES of America,
Plaintiff—Appellee,

v.

David Allen WILSON, Defendant—
Appellant.

No. 05–6329.

United States Court of Appeals,
Fourth Circuit.

Submitted May 19, 2005.

Decided May 26, 2005.

David Allen Wilson, Rick A. Mountcastle, Office of the United States Attorney, Abingdon, Virginia, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

David Allen Wilson has filed an untimely notice of appeal from his September 11, 1997, judgment in a criminal case. In criminal cases, the defendant must file his notice of appeal within ten days of the entry of judgment. Fed. R.App. P. 4(b)(1)(A). With or without a motion, the district court may grant an extension of time to file of up to thirty days upon a showing of excusable neglect or good

cause. Fed. R.App. P. 4(b)(4); *United States v. Reyes,* 759 F.2d 351, 353 (4th Cir.1985).

The district court entered its judgment in September 11, 1997; the notice of appeal was not filed until February 14, 2005. Because Wilson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal for lack of jurisdiction.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

* To the extent Wilson seeks authorization under 28 U.S.C. § 2244 (2000) to file a succes- sive 28 U.S.C. § 2255 (2000) motion, authorization is denied.